

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00368-CR

---

COREY DAIN ARMSTRONG, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 083994-E-CR, Honorable Douglas R. Woodburn, Presiding

---

July 16, 2025

## ORDER OF ABATEMENT AND REMAND

### Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Corey Dain Armstrong, appeals his conviction for online solicitation of a minor[1] and sentence to three years of confinement. On June 12, 2025, Appellant's counsel filed a motion to voluntarily dismiss the appeal. The motion was not signed by Appellant as required by Rule of Appellate Procedure 42.2(a). By letter of June 16, 2025, we denied the motion to dismiss and advised Appellant's counsel that the motion required

---

[1] *See* TEX. PENAL CODE ANN. §33.021(b).

Appellant's signature.  We have not received a corrected motion or any further communication from Appellant's counsel to date.

In the interest of conservation of judicial resources, we abate the appeal and remand the cause to the trial court to determine whether Appellant still desires to prosecute the appeal.  *See* TEX. R. APP. P. 42.2(a).  The trial court is directed to enter such orders necessary to address the aforementioned question.  So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this Court by September 2, 2025.

It is so ordered.

Per Curiam

Do not publish.